UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PAMELA OREN,**

    **Plaintiff,**

**v.**                                            **Case No. 6:20-cv-2092-ACC-EJK**

**STATE FARM AUTOMOBILE
INSURANCE COMPANY,**

    **Defendant.**

## ORDER

On January 8, 2021, this Court entered its Case Management and Scheduling Order (Doc. No. 13) which set the mediation deadline for September 23, 2021. On January 12, 2021, counsel filed a Notice (Doc. No. 15) indicating that mediation was scheduled for June 10, 2021. Within 14 days from the date of this order, counsel shall file a notice with the court advising of the outcome of the scheduled mediation.

**DONE** and **ORDERED** in Orlando, Florida on June 17, 2021.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties